UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 24-80710-CIV-CANNON

**WI FL ACQUISITION, LLC**,

    Plaintiff,

v.

**STANDBYCO US II, INC.,** and **GLOBAL EQUESTRIAN GROUP HOLDING APS,**

    Defendants.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE WITHOUT PREJUDICE PENDING INTERNATIONAL SERVICE

**THIS CAUSE** comes before the Court upon a *sua sponte* review of the record. On August 13, 2024, the Court issued an Order to Serve Defendant Global Equestrian Group Holding ApS ("GEG") or show cause why the case should not be dismissed as to Defendant GEG [ECF No. 17]. On August 30, 2024, Plaintiff WI FL Acquisition, LLC responded and explained its continuing attempts to effectuate service on Defendant GEG, a company organized under the laws of a foreign country [ECF No. 18]. To facilitate Plaintiff's continuing service efforts while preserving party and judicial resources, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to Plaintiff pending completion of Plaintiff's service efforts as to Defendant GEG.

2. On or before **January 5, 2024**, Plaintiff shall file proof of service on the docket as to Defendant GEG and/or file a status report on service detailing its service efforts.

CASE NO. 24-80710-CIV-CANNON

3. The Clerk shall **CLOSE** this case for administrative purposes only. Any scheduled hearings are **CANCELED**, any pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 12th day of September 2024.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record